**Order filed, April 6, 2012.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-12-00047-CR

_____

### EDGAR SALVADOR RODRIGUEZ, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 65023**

## ORDER

The reporter's record in this case was due **March 01, 2012**, 2012. *See* Tex. R. App. P. 35.1. On March 9, 2012, this court granted Ida Salinas's motion for extension of time to file record on or before April 2, 2012. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Ida Salinas**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. If **Ida Salinas** does not timely file the record as ordered, we will issue a show cause order directing the court reporter to appear before this court on a date certain to show

cause why the reporter should not be held in contempt for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM